UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:12-cr-404-T-23MAP

ISAM NASSER

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment in the amount of $108,752.62.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained at least $108,752.62 in proceeds from the (1) conspiracy to defraud the United States and to commit wire fraud, (2) wire fraud scheme, and (3) unauthorized use, transfer, acquisition, alteration, or possession of benefits for which he was found guilty by a jury on Counts One through Eleven of the Indictment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that the net proceeds of the assets civilly forfeited in *United States v. Funds in the Amount of $9,724.15 et al.*, Case No. 8:10-cv-2279-EAK-TBM, be credited toward the money judgment.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 7 U.S.C. § 2024(f)(2), and Rule 32.2(b)(2) of the Federal Rules

of Criminal Procedure, the defendant shall be held jointly and severally liable with convicted co-defendant Mehdi Babul for a forfeiture money judgment in the amount of $108,752.62.

It is FURTHER ORDERED that, at sentencing, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this ___6th___ day of June, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record